IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JUDITH A. MEYERS                                                                      PLAINTIFF

       v.                     Civil No. 3:12-cv-03025-PKH-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                           DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On February 21, 2012, Plaintiff, Judith A. Meyers, brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration ("Commissioner"). ECF No. 1. Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff moves to dismiss her case. ECF. No. 8. The undersigned finds good reason to grant Plaintiff's motion. Therefore, the undersigned recommends that Plaintiff's case be dismissed without prejudice.

**The parties have <u>fourteen</u> days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

ENTERED this 19th day of September 2012.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**