IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JUDITH A. MEYERS                                                    PLAINTIFF

v.                                    Case No. 3:12-CV-03025

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                     DEFENDANT

**O R D E R**

Currently before the Court is the Report and Recommendations (Doc. 9) filed in this case on September 19, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  The objection period has passed with no objections being filed by either party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Plaintiff's Motion to Dismiss (Doc. 8) is **GRANTED**, and Plaintiff's case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 1st day of November, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE